Adolph SILVERMAN, Appellant, v. Chester BOWLES, Administrator, Office of Price Administration.

No. 12909.

Circuit Court of Appeals, Eighth Circuit.

Nov. 11, 1944.

Pat Morrison and Julius Skaug, both of Mobridge, S. D., for appellant.

Fleming James, Jr., Director, Litigation Division, Office of Price Administration, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., Alex Elson, Regional Atty., Office of Price Administration, and Harry E. Witherell, Acting Regional Litigation Atty., Office of Price Administration, both of Chicago, Ill., and Louis N. Crill, Clifford A. Wilson, and Charles E. Sutcliffe, Attys., Office of Price Administration, all of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court, 57 F.Supp. 990, dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellee.

BOARD OF COUNTY COMMISSIONERS, OSAGE COUNTY, State of OKLAHOMA; W. G. Streetman, County Treasurer of Osage County, State of Oklahoma; and L. D. Souter, County Assessor of Osage County, State of Oklahoma, Appellants, v. UNITED STATES of America, Appellee (two cases).

Nos. 3046, 3047.

Circuit Court of Appeals, Tenth Circuit.

Dec. 18, 1944.

R. E. Havens, of Pawhuska, Okl. (Sim T. Carman, of Pawhuska, Okl., on the brief), for appellants.

John C. Harrington, of Washington, D. C. (Norman M. Littell, Asst. Atty. Gen., Whitfield Y. Mauzy, U. S. Atty., of Tulsa, Okl., and Norman MacDonald, of Washington, D. C., on the brief), for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

On the authority of Board of Commissioners of Creek County v. Seber, 318 U. S. 705, 63 S.Ct. 920, 87 L.Ed. 1094, 10 Cir., 130 F.2d 663; Muskogee County v. United States, 10 Cir., 133 F.2d 61, certiorari denied, 319 U.S. 745, 63 S.Ct. 1033, 87 L.Ed. 1701; and United States v. Board of Commissioners of Osage County, D.C., 26 F. Supp. 270, the judgments in these cases are severally affirmed.

STEERS SAND & GRAVEL CORPORATION, as Owner of the Scow H. S. NO. 60, Libellant-Appellant, v. WIGTON–ABBOTT CORPORATION and Mahony Troast Construction Co., Respondents-Appellees.

No. 178.

Circuit Court of Appeals, Second Circuit.

Dec. 29, 1944.

Purdy & Lamb, of New York City (Edmund F. Lamb and Thomas J. Irving, both of New York City, of counsel), for libellant-appellant.

Alexander & Ash, of New York City (Edward Ash and Joseph M. Meehan, both of New York City, of counsel), for respondents-appellees.

Before CHASE, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decree, 52 F.Supp. 606, affirmed.